**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

John Gregg, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:24–cv–01925
                                                        Honorable Elaine E. Bucklo

Central Transport LLC
                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to reconsider, alter or amend a judgment [54] is granted under Rule 59(e) for the reasons explained in the separately entered order. Plaintiff's motion to supplement [56] is granted. Memorandum opinion and order of 11/13/2024 [53] and minute entry on that date [52] are vacated. The case is reopened. Status hearing set for 4/21/2025 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 4/14/2025. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.